UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFF MCCAULEY,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB; and<br>LASALLE NATIONAL BANK as Trustee, its<br>Successors and Assigns,<br><br>Defendants. | Civil No. 09-3183 (JRT/JSM)<br><br>**TEMPORARY RESTRAINING<br>ORDER** |

Graham M. Martin, **MARTIN LEGAL SERVICES, LLC**, 2138 Fairmount Avenue, St. Paul, MN 55105, for plaintiff.

Gary K. Luloff and Karl L. Cambronne, **CHESTNUT AND CAMBRONNE**, 222 South Ninth Street, Suite 3700, Minneapolis, MN 55402, for defendants.

This matter is before the Court on plaintiff Jeff McCauley's request that the Court enjoin defendants Ocwen Federal Bank and LaSalle National Bank (collectively, "defendants") from attempting to foreclose on McCauley's property at 14210 55th Street North, Oak Park Heights, Minnesota (the "Oak Park Heights Property"), or otherwise to take possession of the Oak Park Heights Property.

In the interests of justice and to provide the Court an opportunity to fully review McCauley's request for a temporary restraining order, the Court enters the following order enjoining defendants from taking additional action to complete the foreclosure, from attempting to or taking possession of the Oak Park Heights Property, and from

interfering with McCauley's possession of the Oak Park Heights Property. Under these circumstances, the Court concludes that McCauley need not provide security for the temporary restraining order. *See* Fed. R. Civ. P. 65(c).

Defendants shall submit by November 20, 2009, their response to McCauley's request for a temporary restraining order. The Court will schedule a hearing on the request shortly thereafter and will re-evaluate McCauley's request for injunctive relief and the necessity of any security for the injunctive relief at that time.

Based on the foregoing, and all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. McCauley's Request for a Temporary Restraining Order [Docket No. 1] is **GRANTED**. Defendants are enjoined from taking additional action to complete the foreclosure of the Oak Park Heights Property and are enjoined from attempting to take possession of, taking possession of, and otherwise interfering with McCauley's possession of the Oak Park Heights Property until further Order of this Court.

2. Defendants are **ORDERED** to submit their response to McCauley's Request for a Temporary Restraining Order by November 20, 2009.

DATED: November 13, 2009
at Minneapolis, Minnesota.

                                                                s/ John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                            United States District Judge