IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFF McCAULEY,<br><br>     Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB;<br>LASALLE NATIONAL BANK AS<br>TRUSTEE, ITS SUCCESSORS AND<br>ASSIGNS,<br><br>     Defendants. | Civil No.  09-3183 (JRT/JSM)<br><br><br>**AFFIDAVIT OF<br>GARY K. LULOFF** |

STATE OF MINNESOTA  )
          ) ss.
COUNTY OF HENNEPIN  )

Gary K. Luloff, being first duly sworn upon oath, states as follows:

1. That I am one of the attorneys for Defendants in the above-

captioned action and licensed to practice law before this Court.

2. That attached hereto as Exhibit A are true and correct copies of

Forbearance Agreements between Plaintiff Jeff McCauley and the Federal

Department of Housing and Urban Development (HUD) dated from 1994

through 1996.

CASE 0:09-cv-03183-JSM   Document 15   Filed 11/23/09   Page 2 of 2

3.      That attached as Exhibit B is a true and correct copy of the Sheriff's

Certificate of Sale and Foreclosure Record for the property at issue in the above-

captioned action.

4.      That attached as Exhibit C is a true and correct copy of

correspondence between the law firm of Wilford & Geske and the Washington

County Sheriff related to the posting of the Writ of Recovery of Premises and

Order to Vacate.

5.      That attached as Exhibit D is a true and correct copy of the

unpublished decision from the District Court for the District of Minnesota, *Mayer*

*v. Countryside Home Loans,* 2008 W.L. 4527800 (D. Minn. 2008).

6.      That attached as Exhibit E is a true and correct copy of an

unpublished decision from the District Court for the District of Minnesota,

*Versacold USA, Inc. v. Inland American Brooklyn Park, et al.,* 2009 W.L. 3617544 (D.

Minn. 2009).

Further affiant saith naught.

Dated:  November 23, 2009

/s/  Gary K. Luloff
Gary K. Luloff

Subscribed and sworn to before me
this 23rd day of November, 2009.

/s/  Dawn J. Proulx
Notary Public

2